UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAPLEWOOD SENIOR LIVING, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>M&T INSURANCE AGENCY, INC.,<br><br>         Defendant. | No. 23-CV-1240 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  An initial status conference was previously scheduled in this matter for April 21, 2023 at 1:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to 2:30 p.m. on April 24, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: April 18, 2023
    New York, New York

                    Ronnie Abrams
                    United States District Judge