UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAPLEWOOD SENIOR LIVING, LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>M&T INSURANCE AGENCY, INC.,<br><br>                         Defendant. | No. 23-CV-1240 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

        A post-fact discovery conference was previously scheduled in this matter for October 13, 2023 at 2:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to 2:30 p.m. on October 18, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

        Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    September 26, 2023
              New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge